UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

GIANFRANCO ELLIOT RAMIREZ
GUTIERREZ,

                            Plaintiff,

      -against-

DOLLAR TREE STORE MANAGEMENT, INC.,
and DOLLAR TREE STORES, INC.,

                            Defendants.

-----------------------------------------------------------------X

**ORDER ADOPTING
REPORT & RECOMMENDATION**

24-CV-1864 (RER) (TAM)

**RAMÓN E. REYES, JR., United States District Judge:**

       In a report and recommendation dated August 18, 2025, (ECF No. 37 (the "R&R")), Magistrate Judge Taryn A. Merkl recommended that the Court dismiss the case. (*Id.*) Judge Merkl advised the parties that they had 14 days from the date that R&R was received to file objections. (*Id.*). To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed with prejudice. The Clerk of Court is directed to enter judgment in favor of Defendants and to close this case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge
Dated: September 5, 2025
     Brooklyn, NY